**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 N. Main Avenue<br>Tucson, AZ 85701;<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior,<br>1849 C Street, NW<br>Washington DC 20240;<br><br>BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service,<br>1849 C Street, NW<br>Washington DC 20240; and<br><br>U.S. FISH AND WILDLIFE SERVICE,<br>1849 C Street, NW<br>Washington, DC 20240;<br><br>Defendants. | Civil Action No. 26-0391 (ACR)<br><br>**JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AS COURT ORDER** |

## JOINT MOTION TO ENTER SETTLEMENT AGREEMENT AS COURT ORDER

Plaintiff Center for Biological Diversity ("Plaintiff") and Defendants Doug Burgum, et al. (collectively with Plaintiffs, the "Parties") have entered into a Stipulated Settlement Agreement ("Agreement"), attached hereto. The Parties jointly move this Court to enter the Agreement as an Order of the Court. Upon adoption of the Agreement by the Court, Plaintiff's Complaint would be dismissed with prejudice. In accordance with Paragraph 16 of the Agreement, the Parties

request that the Court retain jurisdiction to enforce the Agreement according to its terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994). The Parties represent that this Agreement serves the interests of judicial economy and efficiency and represents a fair and reasonable resolution and is consistent with the public interest. *Massachusetts v. Microsoft Corp.*, 373 F.3d 1199, 1206 n.1 (D.C. Cir. 2004).

Respectfully Submitted this 23rd day of September, 2026.

*/s/ Lia Comerford*
Lia Comerford, D.D.C. Bar #0033
lcomerford@biologicaldiversity.org

CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
Tel: 971-717-6420

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Attorneys for the United States of America*