**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,
378 N. Main Avenue
Tucson, AZ 85701;

Plaintiff,

v.

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior,
1849 C Street, NW
Washington DC 20240;

BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service,
1849 C Street, NW
Washington DC 20240; and

U.S. FISH AND WILDLIFE SERVICE,
1849 C Street, NW
Washington, DC 20240;

Defendants.

Civil Action No. 26-0391 (ACR)

**[PROPOSED] ORDER GRANTING JOINT MOTION TO ENTER SETTLEMENT AGREEMENT**

The Court hereby **GRANTS** the Parties' Joint Motion to Enter Settlement Agreement and therefore Orders that the parties shall comply with the terms of the Settlement Agreement.

Plaintiff's Complaint is therefore **DISMISSED WITH PREJUDICE** except that the Court retains jurisdiction to enforce the terms of the Settlement Agreement.

It is so **ORDERED.**

DATED this ____ day of ___________, 2026.

United States District Judge