**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiff*,

v.

DOUG BURGUM, et al.,

*Defendants*.

Case No. 1:26-cv-00391 (ACR)

## ORDER

Upon consideration of the parties' Joint Motion for Settlement, the Court **DISMISSES** this case with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement, attached as Exhibit 1 to the parties' Joint Motion. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**SO ORDERED.**

Date: September 29, 2026

ANA C. REYES
United States District Judge